FILED

2013 JUN 19  PM 3: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY:____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROPER T VIEW, INC., <br><br> PLAINTIFF, <br><br> VS. <br><br> MATILDE H. RODRIGUEZ, AND DOES 1 - 10, INCLUSIVE, <br><br> Defendants. | Case No. EDCV13-1001-UA (DUTY) <br><br> ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

The Court will remand this action to state court summarily because it has been removed improperly.[1]

---

[1] The Court notes that defendant failed to attach a complete copy of the underlying action in which she seeks to remove. In the caption of her Notice of Removal, defendant references San Bernardino County Superior Court Case number UDFS 1300824. However, the complaint in that action is not attached. Rather, defendant has attached an unfiled copy of page one to a Demurrer to Unlawful Detainer Complaint in case number UDFS 1300824; an copy of a complaint in the action styled Rodriguez v. Indymac Bank, FSB which was filed on May 14, 2013; and a copy of the Summons - Unlawful Detainer - Eviction in case number UDFS 1300824 which is neither filed or sealed. As such, the Court
(continued...)

On June 3, 2013, defendant Matilde H. Rodriguez, lodged a Notice of Removal, seeking removal of what appears to be a routine unlawful detainer action in California state court, to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, plaintiff could not have brought this action in federal court in the first place, in that defendant does not competently allege facts supplying either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. §1441(a); see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S. 546, 563, 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005). Even if complete diversity of citizenship exists, the amount in controversy does not exceed the diversity-jurisdiction threshold of $75,000. See 28 U.S.C. §§ 1332, 1441(b).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of San Bernardino, San Bernardino County, 17780 Arrow Highway, Fontana, CA 92335, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: 6/18/13

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

David T. Bristow
United States Magistrate Judge

---

[1](...continued) assumes the action in which defendants is seeking to remove is case number UDFS 1300824, an unlawful detainer action.